IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

DEAN OTTOWAY,

                Plaintiff,

                                                    Civil Action No. 5:08-CV-0057

    vs.

UNITED STATES OF AMERICA,

                Defendant.
_____

APPEARANCES:                              OF COUNSEL:

Rawls, McNelis Law Firm             John D. McChesney, Esq.
1111 East Main Street
Suite 1701
Richmond, VA 23219
Attorney for Plaintiff

Office of the United States Attorney      William F. Larkin, Esq.
100 South Clinton Street               Assistant United States Attorney
Syracuse, NY 13261
Attorney for Defendant

**Norman A. Mordue, Chief Judge U.S. District Judge**

JUDGMENT DISMISSING ACTION
<u>BASED UPON SETTLEMENT</u>

      The pursuant to the report of the mediator (Dkt. No. 22) , the parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

      It is therefore hereby

      ORDERED that the above-captioned case is hereby **DISMISSED** in its entirety **without**

**prejudice** to re-opening upon the motion within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and it further

ORDERED that the dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> a party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated.

IT IS SO ORDERED

Date: February 10, 2009

_____
Norman A. Mordue
Chief United States District Court Judge